AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
DEANDRE SANCHEZ

*Defendant*

Case: 1:26-mj-00210
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 11/12/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEANDRE SANCHEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1752(a)(1) and (b)(2) (Entering Restricted Grounds);
D.C. Code § 22–405.01 (Resisting Arrest by Law Enforcement).

Date: 11/12/2026

[signature]
*Issuing officer's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 11-12-2026, and the person was arrested on *(date)* 11-04-2026
at *(city and state)* Washington, D.C.

Date: 11-13-2026

[signature]
*Arresting officer's signature*

Ofc Dean
*Printed name and title*