**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DEANDRE SANCHEZ,**<br><br>**Defendant.** | **Criminal Case No.**<br><br>**Magistrate Case No. 26-mj-00210**<br><br>**VIOLATIONS:**<br>**18 U.S. Code § 1752(a)(1) (Entering Restricted Grounds)**<br><br>**22 D.C. Code § 405.01 (Resisting Arrest by Law Enforcement)** |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

## COUNT ONE

On or about November 9, 2026, within the District of Columbia, **DEANDRE SANCHEZ** did knowingly enter or remain in a restricted building or grounds without the lawful authority to do so.

(**Entering Restricted Grounds**, in violation of Title 18, United States Code Section 1752(a)(1) and (b)(2))

## COUNT TWO

On or about November 9, 2026, within the District of Columbia, **DEANDRE SANCHEZ**, without justifiable and excusable cause, did intentionally resist arrest.

(**Resisting Arrest by Law Enforcement**, in violation of Title 22, District of Columbia Code Section 405.01)

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Kevin Reddington*
Kevin Reddington

CA Bar No. 336904
Assistant United States Attorney
United States Attorney's Office
(202) 815-8977
601 D Street, NW
Washington, DC 20530