**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Washington, DC)**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:26-cr-00272-RDM-1** |
| **v.** | : | |
| | : | |
| **DEANDRE SANCHEZ,** | : | |
| **Defendant** | : | |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Franz C. Jobson, Esquire as counsel of record for DEANDRE SANCHEZ, the Defendant herein.

Respectfully submitted,

*/s/ Franz C. Jobson*

By: ___________________________

**Franz C. Jobson, Esq.**
D.C. Bar No. 454621
**FRANZ C. JOBSON, P.A.**
1003 K Street, NW
Suite 805
Washington DC 20001
954.594.6008
franz@jobsonlaw.com

Counsel for Defendant DEANDRE SANCHEZ