**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEANDRE SANCHEZ,<br>Defendant. | CRIMINAL NO. **1:26-cr-00272-RDM-1** |

**UNOPPOSED MOTION TO CONTINUE HEARING FOR THIRTY (30) DAYS AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant, DEANDRE SANCHEZ, by and through his undersigned counsel, Franz C. Jobson, Esq., respectfully moves this Honorable Court for an Order continuing the scheduled hearing in the above-captioned matter, currently contemplated for November 20, 2026, and resetting the matter for a date at least thirty (30) days thereafter, as well as excluding the intervening time under the Speedy Trial Act. In support of this Motion, Defendant states as follows:

1. Defendant Deandre Sanchez is currently hospitalized in the State of Delaware receiving inpatient medical treatment and is physically unable to travel to the District of Columbia or appear before the Court on November 20, 2026.

2. Pretrial Services Officer Angela Cosenza in the District of Delaware has been notified of Defendant's hospitalization and has confirmed Defendant's inpatient status with Defendant's mother; however, due to federal medical privacy restrictions (HIPAA), the medical facility has not yet released direct verification or granted access to Pretrial Services.

3. Given Defendant's ongoing inpatient hospitalization, expected recovery period, and the time required to obtain formal medical documentation and consult regarding case posture, Defendant requests that the Court reset the hearing for a date at least thirty (30) days from November 20, 2026.

4. Undersigned counsel has conferred with Assistant United States Attorney Kevin Reddington, counsel for the Government, regarding the relief requested herein. The Government does not oppose this Motion.

5. Because Defendant is medically unavailable to attend court proceedings and requires adequate time to recover before consulting further with counsel, the ends of justice served by granting a thirty (30) day continuance outweigh the best interests of the public and the Defendant in a speedy trial.

6. Defendant, through undersigned counsel, consents to the exclusion of time under the Speedy Trial Act from November 20, 2026, through the newly scheduled hearing date.

**WHEREFORE**, Defendant Deandre Sanchez respectfully requests that this Court grant this Motion, continue the hearing scheduled for November 20, 2026, reset the hearing for a date at least thirty (30) days thereafter convenient for the Court and the parties, and exclude the intervening time from computation under the Speedy Trial Act.

Respectfully submitted,

/s/ Franz C. Jobson

Franz C. Jobson, Esq.
D.C. Bar No. 454621
FRANZ C. JOBSON, P.A.
1003 K Street, NW, Suite 805
Washington, D.C. 20001
Tel: (954) 594-6008
Email: franz@jobsonlaw.com

Counsel for Defendant Deandre Sanchez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2026, a true and correct copy of the foregoing Motion to Continue Hearing for Thirty (30) Days and Exclude Time Under the Speedy Trial Act was filed electronically via the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

/s/ Franz C. Jobson

Franz C. Jobson, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEANDRE SANCHEZ,<br>Defendant. | CRIMINAL NO. _______________ |

**ORDER**

Upon consideration of Defendant Deandre Sanchez's Motion to Continue Hearing for Thirty (30) Days and Exclude Time Under the Speedy Trial Act, the representations regarding Defendant's current inpatient hospitalization in the State of Delaware, and the entire record herein, it is this _____ day of November, 2026, hereby

**ORDERED** that Defendant's Motion is GRANTED; and it is further

**ORDERED** that the hearing currently scheduled for November 20, 2026, is continued and reset for a date at least thirty (30) days thereafter, specifically ____________________, 2026, at ______ a.m./p.m.; and it is further

**ORDERED** that the time from November 20, 2026, through ____________________, 2026, shall be excluded from computation under the Speedy Trial Act, as the Court finds that the Defendant is medically unavailable and that the ends of justice served by granting a thirty (30) day continuance outweigh the best interests of the public and the Defendant in a speedy trial.

____________________________________
UNITED STATES DISTRICT JUDGE