**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| | ) | **Case No.: 26-cr-00272 (RDM)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **DEANDRE SANCHEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF WITHDRAWAL**

The Office of the Federal Public Defender informs the Court that Assistant Federal Public Defender Andrew Bridgewater is withdrawing his appearance as counsel of record in this matter. Franz Carlyle Jobson entered his appearance as counsel for Deandre Sanchez on November 18, 2026.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

ANDREW BRIDGEWATER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
202-208-7500 ex 5103
andrew_bridgewater@fd.org